**Hyeonjoo MUNDKOWSKY, (H.M.), Individual, Plaintiff-Appellant,**

v.

**COUNTY OF LOS ANGELES, a Public Entity; et al., Defendants-Appellees.**

No. 15-56147

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 5, 2017

Hyeonjoo Mundkowsky, Pro Se

Anita Susan Brenner, Esquire, Leonard E. Torres, Esquire, Law Offices of Torres & Brenner, Pasadena, CA, for Defendants-Appellees County of Los Angeles, Michael Antonovich, Aldo Marin, Deborah Lang, Lisa Whitecrow, Artin Narssiyan, Nancy Bryden, Shannon Saulnier, Patricia Taylor, Angelina Banks

John Tullis, Beach Cowdrey Owen, Oxnard, CA, for Defendants-Appellees Steven Dubin, Hathaway-Sycamores Child and Family

Kaytee V. Costa, Attorney, Robert L. McKenna, III, Esquire, Attorney, Carroll, Kelly, Trotter, Franzen, McKenna & Peabody, Long Beach, CA, for Defendants-Appellees Paula Kuhlman, Mona Shah, North East Valley Health Corporation (FQHC) Services

Melinda Cantrall, Thomas Hurrell, Hurrell Cantrall LLP, Los Angeles, CA, for Defendant-Appellee Palmira Anton

Robert H. Quayle, Esquire, Senior Attorney, Lee H. Roistacher, Attorney, Daley & Heft LLP, Solana Beach, CA, for Defendant-Appellee Stephen Ambrose

Emahn Counts, Counts Law Firm, PC, Pasadena, CA, for Defendant-Appellee Robert Mundkowsky

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

Hyeonjoo Mundkowsky appeals pro se from the district court's judgment dismissing her 42 U.S.C. §§ 1983 and 1985 action alleging various federal and state law claims stemming from custody proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1053, 1055 n.4 (9th Cir. 2011) (dismissal under Federal Rule of Civil Pro-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

cedure 12(b)(6) or 12(c)); *First Nat'l Bank v. Russell* (*In re Russell* ), 76 F.3d 242, 244 (9th Cir. 1996) (dismissal based on collateral estoppel). We affirm.

The district court properly dismissed Claims 1, 2, and 3 of Mundkowsky's complaint as barred by the doctrine of collateral estoppel. *See In re Russell*, 76 F.3d at 244-45 (setting forth elements of collateral estoppel under California law); *see also In re Joshua J.*, 39 Cal.App.4th 984, 46 Cal. Rptr.2d 491, 497 (1995) (giving preclusive effect to prior judgment of dependency court).

The district court properly dismissed Claims 4, 6, and 7 of Mundkowsky's complaint because Mundkowsky failed to allege facts sufficient to state a plausible claim for relief. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (plaintiff must plead sufficient factual matter to allow the court to draw a reasonable inference that the defendant is liable for the alleged misconduct).

The district court did not abuse its discretion in dismissing Mundkowsky's remaining state law claims. *See Notrica v. Bd. of Sup'rs of Cty. of San Diego*, 925 F.2d 1211, 1213-14 (9th Cir. 1991) (setting forth standard of review and explaining that judicial economy, convenience, and fairness to litigants should be considered in deciding whether to hear pendant state law claims).

The district court did not abuse its discretion by denying Mundkowsky's applications for entry of default judgment. *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (setting forth the standard of review and factors for determining whether to enter default judgment).

* The panel unanimously concludes this case is suitable for decision without oral argument.

We do not consider any arguments not specifically and distinctly raised in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions are denied.

**AFFIRMED.**